# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EDINEI MACHADO, et al., and all others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**COVERALL NORTH AMERICA, INC.,**<br><br>Defendant. | Civil Action No. 05-11884 (MLW) |

## RULE 7.1(A) STATEMENT OF COVERALL NORTH AMERICA, INC.

Coverall North America, Inc. ("Coverall") has no parent corporation, and no publicly held corporation owns 10% or more of Coverall's stock.

                                          **COVERALL NORTH AMERICA, INC.**,

                                          By its attorneys,

                                          /s/ Michael D. Vhay
                                          Michael D. Vhay (BBO #566444)
                                          Traci S. Feit (BBO# 660688)
                                          DLA PIPER RUDNICK GRAY CARY US LLP
                                          One International Place, 21st Floor
                                          100 Oliver Street
                                          Boston, MA  02110-2600
                                          (617) 406-6000 (*telephone*)
                                          (617) 406-6100 (*fax*)

Dated:  October 3, 2005

~BOST1:392968.v1