## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil No. 05-~~11872~~-MLW   *05-11884-MLW*

Title: EDINEI MACHADO et al v COVERALL NORTH AMERICA, INC.

### N O T I C E

Please take notice that the above-entitled case previously assigned to Judge Stearns has been transferred to Judge Wolf for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials MLW.

Thank you for your cooperation in this matter.

                         SARAH A. THORNTON
                         CLERK OF COURT

                         By:   /s/ Dennis O'Leary
                                  Deputy Clerk

Date: December 9, 2005

_____   Please NOTE that the above case has been transferred to the Western Division in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Division in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(not-transfer.wpd - 12/98)                                          [ntccsasgn.]

