IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDINEI MACHADO, SANDRA VAZ LISBOA, NAPOLEAO PEREIRA, WANOR DE CARVALHO, MARCOS MARTINS, JOSE LUIZ DA COSTA, JOAO PADHILA, CARLOS FURTADO, ADELSON SODRE, LUCIANA CANESTRARO, and all others similarly situated,

    Plaintiffs

v.

**COVERALL NORTH AMERICA, INC.**,

    Defendant.

Case No. 05-11884

**DEFENDANT COVERALL NORTH AMERICA, INC.'S
RENEWED MOTION TO STAY PROCEEDINGS PENDING ARBITRATION
AND TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Defendant, Coverall North America, Inc. ("Coverall"), by its attorneys, respectfully moves this Court: (i) pursuant to Section 3 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3, to stay all proceedings in this action (except for those subject to the Order of this Court dated January 31, 2006) pending arbitration; and (ii) pursuant to Rule 6, Fed.R.Civ.P., to extend Coverall's time to answer, move or otherwise plead in response to plaintiffs' Second Amended Complaint until the Court resolves this Motion.

In support of this motion, Coverall incorporates by reference its Motion to Stay Proceedings Pending Arbitration and to Extend Time to Respond to the Complaint, filed December 16, 2005 (the "Prior Motion"). By order dated January 31, 2006, this Court directed the parties to engage in expedited discovery on the question of two of the plaintiff/franchisees' claims for fraudulent inducement, and directed the franchisees to file a Second Amended

~BOST1:401361.v2

Complaint setting forth those claims in the manner required under Rule 9(b). For the reasons set forth in the Prior Motion, Coverall believes that, with the exception of the two franchisees' claim for fraudulent inducement of their agreements to arbitrate, the franchisees' other claims are subject to arbitration. Coverall thus requests (i) pursuant to § 3 of the FAA that all claims (except for those fraudulent inducement claims identified in the Court's January 31, 2006 order) be stayed pending arbitration; and (ii) pursuant to Rule 6, that Coverall's time to respond to plaintiffs' Second Amended Complaint be extended to ten (10) days after the Court rules on this Motion.

                    **COVERALL NORTH AMERICA, INC.,**

                    By its attorneys,

                    /s/ Michael D. Vhay
                  Michael D. Vhay (BBO No. 566444)
                  Traci S. Feit (BBO No. 660688)
                  DLA PIPER RUDNICK GRAY CARY US LLP
                  One International Place, 21st Floor
                  Boston, MA 02110-2600
                  (617) 406-6000

                  Norman M. Leon
                  DLA PIPER RUDNICK GRAY CARY US LLP
                  203 North LaSalle Street, Suite 1900
                  Chicago, IL 60601
                  (312) 368-4000

Dated: March 2, 2006

~BOST1:401361.v2