IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDINEI MACHADO, et al.,

                  Plaintiffs,

v.

COVERALL NORTH AMERICA, INC.,

                  Defendant.

Case No. 05-11867
(originally docketed as CA No. 05-11884)

## NOTICE OF APPEARANCE

Please note the appearance of the undersigned counsel on behalf of defendant Coverall North America, Inc.

/s/ Lisa S. Core
Michael D. Vhay (BBO No. 566444)
Traci S. Feit (BBO No. 660688)
Lisa S. Core (BBO No. 658709)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000

Norman M. Leon
DLA PIPER RUDNICK GRAY CARY US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
(312) 368-4000

Dated: June 9, 2006

CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, I caused a copy of this document to be served by electronic filing upon the attorney of record for each other party.

/s/ Lisa S. Core
Lisa S. Core

~BOST1:421754.v1