UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
EDINEI MACHADO, SANDRA VAZ LISBOA,      )
NAPOLEAO PEREIRA, WANOR DE              )
CARVALHO, MARCOS MARTINS,               )
JOSE LUIZ DA COSTA, JOAO PADILHA,       )
CARLOS FURTADO, ADELSON SODRE,          )
LUCIANA CANESTRARO, and all others      )
similarly situated,                     )   Civil Action No.
                                        )   05-11884
            Plaintiffs,                 )
                                        )
      v.                                )
                                        )
COVERALL NORTH AMERICA, INC.,           )
                                        )
            Defendant.                  )
_____     )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-captioned action stipulate that the above-captioned action is hereby dismissed with prejudice. The parties waive all rights of appeal and agree that they shall bear their own costs.

Respectfully submitted,

| COVERALL NORTH AMERICA, INC., | EDINEI MACHADO, et al. |
|---|---|
| By its attorneys, | By their attorneys, |
| __s/ Michael D. Vhay__ | __s/ Shannon Liss-Riordan__ |
| Michael D. Vhay, BBO #566444 | Shannon Liss-Riordan, BBO #640716 |
| Lisa S. Core BBO #658709 | Hillary Schwab, BBO #666029 |
| DLA PIPER US LLP | PYLE, ROME, LICHTEN, EHRENBERG & |
| 33 Arch Street, 26th Floor |    LISS-RIORDAN, P.C. |
| Boston, MA 02110-1447 | 18 Tremont Street, 5th Floor |
| (617) 406-6000 | Boston, MA 02108 |
|  | (617) 367-7200 |

Norman M. Leon
DLA PIPER CARY US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL  60601
(312) 368-4000

Dated: December 18, 2006